1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

JOHN TRISVAN,

              Plaintiff,

   -against-

JOSEPH R. BIDEN, President,
United States of America;

BILL DE BLASIO, Mayor,
New York City;

DEPARTMENT OF LABOR;

BROOKLYN ACADEMY OF MUSIC;

NEW YORK CONVENTION CENTER

OPERATING CORPORATION;

UNITED POSTAL SERVICE;

OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION...

              Defendants...

-------------------------------------------------------------------------X

COMPLAINT

INDEX NO._____



CV 21 - 5684

KOMITEE, J.

BLOOM, M.J.

I.    PARTIES IN THE COMPLAINT;
    1.) PLAINTIFF:

              Name: JOHN TRISVAN
              Street Address: 378 Monroe Street
              City and County: Brooklyn, Kings
              State and Zip Code: New York 11221

    2.) DEFENDANTS:

              a.) Name: JOSEPH R. BIDEN, JR.
                 Street Address: 1600 Pennsylvania Avenue, NW.
                 City and County: Washington; Columbia
                 State and Zip Code: District of Columbia, 20500

              b.) Name: BILL DE BLASIO
                 Street Address: 1 Centre Street
                 City and County: New York; New York
                 State and Zip Code: New York 10007

c.) Name: DEPARTMENT OF LABOR
Street Address: Labor Hall of Honor, 30480 2nd St., NW.
City and County: Washington; Columbia
State and Zip Code: District of Columbia; 20001

d.) Name: BROOKLYN ACADEMY OF MUSIC
Street Address: 30 Lafayette Avenue
City and County: Brooklyn; Kings
State and Zip Code: New York 11217

e.) Name: NEW YORK CONVENTION CENTER OPERATING CORP.
Street Address: 429 11th Avenue
City and County: New York; New York
State and Zip Code: New York; 10001

f.) Name: UNITED POSTAL SERVICE
Street Address: 55 Glenlake Pkwy, Ne
City and County: Atlanta,
State and Zip Code: Georgia 30328

g.) Name: OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
Street Address: 200 Constitution Avenue, N.W.
City and County: Washington; Columbia
State and Zip Code: District of Columbia; 20210

II.    JURISDICTION:

This is a civil action seeking judgment, relief, and damages by the above mentioned

Defendants, all of which this court has subject matter jurisdiction over this action

pursuant to 28 USC 1332. This court has jurisdiction due to this matter being a case

involving Plaintiff and Defendants, of which 28 USC 1331 grants this Court jurisdiction

involving a question of law, in which this case involves said Defendants exercising their

authority outside of the scope of the law, by imposing regulatory provisions: Emergency

Executive Order 225, along with "Executive Order On Ensuring Adequate COVID Safety

Protocols for Federal Contractors"; and "Executive Order on Requiring Coronavirus

Disease 2019 Vaccination for Federal Employees"; Americans with Discrimination Act of 1990 (ADA); Title VII of the Civil Rights Act of 1964; all of which said Defendants infringing upon Plaintiff John Trisvan's rights of privacy and HIPAA, enunciated and protected by the United States Constitution, in violation of 42 USC 1983 and 42 USC 1985.

On the 31st of July, 2021, Plaintiff John Trisvan purchased tickets to attend a showing of the premiere: "The Green Knight", at Defendant Brooklyn Academy of Music's establishment located at Rose Cinema, 30 Lafayette Avenue, Brooklyn, New York 11217. Upon arriving there at the establishment, Plaintiff Trisvan was escorted to Defendant's elevator area to proceed to the cinema's floor to view the movie, but found himself being placed on an elevator that was inoperable leaving him stuck in the elevator for approx. 25 mins.

Plaintiff Trisvan contacted Defendant via intercom on the elevator to report the fact that he was stuck to no avail., which prompted Plaintiff to make an emergency call to the Fire Dept., who eventually arrived and successfully helped Plaintiff and his guest climb out of the elevator to safety on the 2nd floor of the bldg. Plaintiff was provided complimentary tickets for any future screenings for the inconvenience, which on October 5, 2021, Plaintiff was turned away from viewing: "The Lost Daughter", due to his refusal to brandish a vaccination card/status in violation of this NYS Human Rights Law state's public accommodation law; NY. Executive law Section 15 and federal law.. .

On Sept. 24th, 2021, Plaintiff attempted to attend the International Franchising Expo (IFE), in which was held by Defendant New York Convention Center Operating Corp., at the Javits Center, located at 429 11th Avenue, New York, NY 10001, in which attempting to enter

the expo was turned away due to Plaintiff's refusal to show a vaccination card or disclose his vaccination status in violation of this NYS Human Rights Law state's public accommodation law, and federal law.

With receiving word of seasonal hiring that Defendant UPS were performing, Plaintiff sought to regain employment with them, but was turned away from them due to unwillingness to disclose his vaccination status. Plaintiff was told he would only be able to work for Defendant UPS if he was willing to submit to a vaccine shot, which he refused to do due to his religious beliefs. As a result, Plaintiff was denied employment constituting job discrimination/job segregation in violation of NY Executive Law Section 15; ADA's prohibition on employers' intrusion into an applicant's and/or employees' privacy of and its strict policy on infringing on an applicants' and/or employees' medical information and medical history; and federal law..

On August 17, 2021, an Emergency Executive Order 225 was put signed into effect by Defendant Bill De Blasio, Mayor of New York City prohibiting patrons from entering business of indoor entertainment areas without proof of vaccination status in clear violation of HIPAA, along with right of privacy; unlawful search and seizure; freedom of peaceably assemble, enunciated by the 1st; 4th; and 14th Amendments of the U.S. Constitution.

On September 9, 2021, "Executive Order on Requiring Coronavirus Disease 2019 Vaccination for Federal Employees", and "Executive Order on Ensuring Adequate COVID Safety Protocols for Federal Contractors", signed into effect by Defendant Joseph R. Biden, Jr., President of the United States granting authority to Defendants Department of Labor and Occupational Safety and Health Administration to impose provisions to force employers with over 100 employees to have all of its staff and workers to be vaccinated and disclose their vaccination status in violation of HIPAA; Title VII of the Civil Rights Act of 1964; American Disability Act of 1990; the Civil

Rights Act of 1991; and the 1st; 4th; 8th; 10th; and 14th Amendment enunciated in the U.S. Constitution.

WHEREFORE, PLAINTIFF JOHN TRISVAN OF GOOD FAITH MAKING REQUEST THAT THIS COURT GRANT PLAINTIFF RELIEF HOLDING DEFENDANTS JOSEPH BIDEN; BILL DE BLASIO; DEPARTMENT OF LAW; BROOKLYN ACADEMY OF LAW; NEW YORK CONVENTION CENTER OPERATING CORPORATION; OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1991; AMERICAN DISABILITIES ACT OF 1990; 1ST; 4TH; 8TH; 10TH; and 14TH AMENDMENTS OF THE U.S. CONSTITUTION;

AND FURTHERMORE PROVIDE PLAINTIFF JOHN TRISVAN RELIEF IN THE FORM OF COMPENSATORY; PUNITIVE; INJUNCTIVE; AND MONETARY RELIEF IN THE FORM OF $250,000 IN U.S. DOLLARS TO PENALIZE DEFENDANTS FOR INFRINGING UPON PLAINTIFF'S RIGHTS OF PRIVACY AND FOR VIOLATION OF PLAINTIFF'S RIGHTS AND CONSPIRING TO DEPRIVE PLAINTIFF OF RIGHTS PROTECTED BY FEDERAL LAW IN VIOLATION OF 42 USC 1983 AND 42 USC 1985;

ALONG WITH ANY FURTHER RELIEF THE COURT FINDS APPROPRIATE IN THIS CASE.

Dated: October 8, 2021

Respectfully submitted,

JOHN TRISVAN, pro-se

378 Monroe Street

Brooklyn, New York 11221

Tel. No. (718) 443-8052